FILED

03/11/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0479

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 19-0479

_____

MISSOULA COUNTY,

      Plaintiff and Appellee,

  v.

MISSOULIAN, John Does 1-10, Jane Does 1-10,

      Defendant and Appellant,

  and

DOUGLAS HARTSELL, JR.,

      Intervenor and Appellee.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Robert L. Deschamps, III, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 11 2020